## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

        Plaintiff,

    v.

U.S. DEPARTMENT OF THE INTERIOR,

        Defendant.

Case No.:  17-cv-01595-RC

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the Court's October 20, 2017 Order, the Parties respectfully submit the following status report and proposed schedule.

On December 14, 2017, Defendant, Department of the Interior (DOI), produced a first partial response of records to Plaintiff, Center for Biological Diversity.  DOI's first partial response consisted of 272 pages, of which 108 pages were released in full and 164 pages contain redactions pursuant to FOIA Exemption 5, 5 U.S.C. § 552(b)(5), FOIA Exemption 6, 5 U.S.C. § 552(b)(6), and FOIA Exemption 7, 5 U.S.C. § 552(b)(7).

The agency intends on proceeding in good faith to complete its processing of each of the FOIA requests at issue in the litigation.  To this end, it will continue to produce records on a rolling basis until all responsive records have been released, subject to any applicable FOIA exemptions.[1]

With respect to the FOIA request tracked under the number OS-2017-00413, in which the Center sought records of Secretary Zinke's communications, the agency reports that it

---

[1] At this time, Defendant is unable to ascertain the total universe of records or an accurate end date, but intends on updating the Court and Plaintiff in subsequent Status Reports.

commenced its search for responsive records on April 11, 2017, and is working toward completing production within the next two months.

With respect to the FOIA request tracked under the number OS-2017-00414, in which the Center sought records of Secretary Zinke's calendar, the agency takes the position that records responsive to this request may be found at https://www.doi.gov/foia/os/secretarial-calendar and hence should not be an ongoing issue in this litigation.

With respect to the FOIA request tracked under the number OS-2017-00540, in which the Center sought records relating to Secretary Zinke's review of national monuments, the agency reports that it commenced its search on June 21, 2017.  The agency is not presently in a position to state the number of responsive records and or when production will be complete.  DOI's processing of this request is ongoing.

With respect to the FOIA request tracked under the number OS-00793, in which the Center sought records relating to national monuments in the State of Nevada, the agency commenced its search on July 6, 2017.  The agency is not presently in a position to state the number of responsive records or when production will be complete.  The processing of this request is ongoing.

For the foregoing reasons, the Parties respectfully request that Defendant be allowed to complete the processing and production of responsive records and that the Parties be allowed to report back to the Court every 60 days starting from the filing of this Status Report.

Nothing in this Joint Status Report shall be construed as an admission or stipulation by Plaintiff that any action(s) by DOI described herein constitutes full compliance with FOIA by DOI.

DATED: January 5, 2018 Respectfully submitted,

*/s/ Margaret E. Townsend*
Margaret E. Townsend (D.C. Bar No. OR0008)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

*/s/ Amy R. Atwood*
Amy R. Atwood (D.C. Bar No. 470258)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6401
atwood@biologicaldiversity.org

*Attorneys for Plaintiff*


JESSIE K. LIU
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: */s/ Benton G. Peterson*
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534