## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Plaintiff, | |
| v. | Civil A. No. 17-1595 (RC) |
| U.S. DEPARTMENT OF THE INTERIOR, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's April 26, 2019, Minute Order, the Parties respectfully submit the following status report:

1.    This case concerns Plaintiff Center for Biological Diversity's (the "Center") Freedom of Information Act ("FOIA") requests to the Department of the Interior ("Interior" or "DOI") for: (a) "all letters, emails, text messages, instant messages, voicemails, and phone logs for any phones utilized by [Zinke] from any and all agency and DOI servers, cloud portals, secure websites, computers, tablets, smart phones, etc., sent to and/or from Mr. Zinke" (OS-2017-00413); (b) "all schedules, including but not limited to travel and/or meeting schedules" of Secretary Zinke (OS-2017-00414); (c) "[a]ll records . . . that mention, include, or reference national monument designations made by any President of the United States since January 1, 1996," and "[a]ll records mentioning, including, or referencing [Exec. Order 13792]" from January 20, 2017 to the date of the search for responsive records (OS-2017-00540); and (d) all records concerning Secretary Zinke's review of national monuments in Nevada, including:  (1) records mentioning Senator Dean Heller (R-Nev) and/or any of his staff visiting Gold Butte National Monument in place of Interior Department staff on June 1, 2017; (2) records

mentioning a visit between any Interior Department staff and Carol Bundy; (3) records mentioning Secretary Zinke's meeting(s) with officials from Nye and Lincoln counties in Pahrump, Nevada on June 26, 2017, including but not limited to any discussion related to Basin and Range National Monument; and (4) records mentioning Secretary Zinke's visit to Gold Butte and Basin and Range National Monuments (OS-2017-00793).

      2.   DOI has completed its search for potentially responsive records to Plaintiff's FOIA requests.  DOI is currently processing records generally related to national monument FOIA requests at a rate of approximately 1,500 pages every 30 days.  DOI is also producing records related to the Grand Staircase-Escalante National Monument at a rate of at least 1,500 pages every 30 days.  On or around the 15th of each month, all responsive, non-exempt records are posted to the DOI national monument FOIA website ([https://www.doi.gov/foia/os/national-monuments-review-executive-order-13792](https://www.doi.gov/foia/os/national-monuments-review-executive-order-13792))  and OS FOIA notifies the requesters, including Plaintiff, with a letter that explains how many pages of records have been posted related to the Secretary's review of national monuments. .

      3.     DOI's most recent production was provided to Plaintiff on June 17, 2019.  DOI anticipates its next production will be made on or about July 15, 2019.

      4.     DOI estimates that there are approximately 145,000 pages of records remaining to be processed in this case that were identified through DOI's search efforts as being potentially responsive to Plaintiff's national monuments FOIA requests.

      5.     As reported in the Parties' latest status report (ECF No. 29), DOI has agreed to use best efforts to implement Plaintiff's request for prioritizing records related to Plaintiff's request regarding national monuments in Nevada (OS-2017-00793) and records related to the Bears Ears National Monument modification and the Grand Staircase Escalante National

Monument modification.  DOI also agreed to use best efforts to prioritize its processing efforts related to particular records or categories of records identified by Plaintiff.

6.     DOI estimates that for the records subject to the prioritization discussion in paragraph 4 remaining to be produced, there are 18,000 pages of records related to the Nevada monuments; 36,000 pages of records related to Bears Ears National Monument; and 42,000 pages of records related to Grand Staircase Escalante National Monument.  Due to the overlapping nature of many of these records, DOI estimates that there are approximately 59,000 pages of records that fall into one of these prioritized categories.  At DOI's current rate of processing, as described in paragraph 2, DOI estimates that its processing of these categories of records will take at least another 46 months to complete.

7.     Currently pending before the Court is Plaintiff's Motion to Compel Production of Records Responsive to Plaintiff's FOIA Requests (*see* ECF No. 27) requesting that the Court require Defendant to complete its response to Plaintiff's FOIA requests within 12 months. Defendant has opposed Plaintiff's motion (*see* ECF No. 28) and favors its current production schedule.

DATED: June 28, 2019                    Respectfully submitted,

                                        */s/ Margaret E. Townsend*
                                        Margaret E. Townsend (D.C. Bar No. OR0008)
                                        Amy R. Atwood (D.C. Bar No. 470258)
                                        Center for Biological Diversity
                                        P.O. Box 11374
                                        Portland, OR 97211-0374
                                        (971) 717-6409
                                        mtownsend@biologicaldiversity.org

                                        *Attorneys for Plaintiff*

                                        JESSIE K. LIU
                                        D.C. BAR # 472845
                                        United States Attorney

for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By:    */s/ Christopher Hair*
CHRISTOPHER HAIR, Pa. BAR # 306656
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2541