UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL
DIVERSITY,

*Plaintiff*,

v.

Civil Action No. 17-1595 (RC)

U.S. DEPARTMENT OF THE INTERIOR

*Defendant*.

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated July 23, 2019, the Parties respectfully submit the following status report:

1.      This case concerns Plaintiff Center for Biological Diversity's (the "Center") Freedom of Information Act ("FOIA") requests to the Department of the Interior ("DOI") for: (a) "all letters, emails, text messages, instant messages, voicemails, and phone logs for any phones utilized by [Zinke] from any and all agency and DOI servers, cloud portals, secure websites, computers, tablets, smart phones, etc., sent to and/or from Mr. Zinke" (OS-2017-00413); (b) "all schedules, including but not limited to travel and/or meeting schedules" of Secretary Zinke (OS-2017-00414); (c) "[a]ll records . . . that mention, include, or reference national monument designations made by any President of the United States since January 1, 1996," and "[a]ll records mentioning, including, or referencing [Exec. Order 13792]" from January 20, 2017 to the date of the search for responsive records (OS-2017-00540); and (d) all records concerning Secretary Zinke's review of national monuments in Nevada, including:  (1) records mentioning Senator Dean Heller (R-Nev) and/or any of his staff visiting Gold Butte National Monument in

place of Interior Department staff on June 1, 2017; (2) records mentioning a visit between any

Interior Department staff and Carol Bundy; (3) records mentioning Secretary Zinke's meeting(s)

with officials from Nye and Lincoln counties in Pahrump, Nevada on June 26, 2017, including

but not limited to any discussion related to Basin and Range National Monument; and (4) records

mentioning Secretary Zinke's visit to Gold Butte and Basin and Range National Monuments

(OS-2017-00793).

      2.      Defendant has completed its search for potentially responsive records to

Plaintiff's FOIA requests.  Until the Court's Minute Order dated July 23, 2019, DOI had been

processing records generally related to national monument FOIA requests at a rate of

approximately 1,500 pages every 30 days.  On the 15th of each month, all responsive, non-

exempt records are posted to the DOI national monument FOIA website

(https://www.doi.gov/foia/os/national-monuments-review-executive-order-13792) and the

Bureau of Land Management ("BLM") National FOIA Office notifies the requesters, including

Plaintiff, with a letter that explains how many pages of records have been posted related to the

Secretary's review of national monuments.  Beginning with the August 15, 2019 production,

DOI complied with the Court's Order and increased the processing rate of documents by 500

pages, to 2,000 pages, and continues to give priority to records related to Plaintiff's FOIA

request regarding national monuments in Nevada and records related to the modification of

Bears Ears National Monument and the Grand Staircase Escalante National Monument.

      3.      Defendant's most recent production was provided to Plaintiff on October 15,

2020.  Defendant anticipates its next production will be made on or about November 15, 2019.

In September, DOI produced approximately 1,291 pages of records related to the Nevada

Monuments, approximately 871 pages of records related to the Bears Ears National Monument,

and approximately 1,442 pages of records related to the Grand Staircase Escalante National Monument.  In October, DOI produced approximately 208 pages of records related to the Nevada Monuments, 490 pages related to the Bears Ears National Monument, and 189 related to the Grand Staircase Escalante National Monument.

4.   During the past two-month period, Defendant's BLM FOIA Office had approximately 4 FTE devoted to processing FOIA requests, *see* Declaration of Ryan Witt.  These staff positions include not only FTE positions, but also contractors and detailees; and as a result, the number of positions devoted to FOIA processing is subject to change from month to month.

5.   Consistent with the Court's July 23, 2019, Minute Order, the Parties respectfully propose that they submit another status report informing the Court of Defendant's processing of Plaintiff's FOIA requests by December 28, 2021.

*       *       *

Dated October 29, 2021                    Respectfully submitted,

                                          /s/
                                          Amy R. Atwood (D.C. Bar No. 470258)
                                          Center for Biological Diversity
                                          P.O. Box 11374
                                          Portland, OR 97211-0374
                                          (971) 717-6409
                                          atwood@biologicaldiversity.org

                                          Camila Cossio (OR Bar No. 191504)
                                          Center for Biological Diversity
                                          P.O. Box 11374
                                          Portland, OR 97211-0374
                                          ccossio@biologicaldiversity.org
                                          971-717-6727
                                          ccossio@biologicaldiversity.org

                                          *Attorneys for Plaintiff*

                                          CHANNING D. PHILLIPS, D.C. Bar #415793
                                          Acting United States Attorney
                                          for the District of Columbia

                                          BRIAN P. HUDAK
                                          Acting Chief, Civil Division

                           By:            */s/ Christopher C. Hair*
                                          CHRISTOPHER C. HAIR, PA BAR # 306656
                                          Assistant United States Attorney
                                          U.S. Attorney's Office
                                          555 4th Street, N.W. - Civil Division
                                          Washington, D.C. 20530
                                          (202) 252-2541

                                          *Attorneys for Defendants*